# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GINA SMITH SHORT

VERSUS

JAMES KEITH SHORT

NO.   2023 CW 1126

**NOVEMBER 7, 2023**

---

In Re:   James  Keith  Short,  applying  for  supervisory  writs,
Family  Court  in  and  for  the  Parish  of  East  Baton
Rouge, No. 222618.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                              **JMG**
                              **WRC**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT